| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Larson, Wayne E | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Larson, Kelli A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>XXX-XX-3084 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>XXX-XX-3464 |
| Street Address of Debtor (No. and Street, City, and State):<br>3931 N Mozart St<br>Chicago, IL                          ZIP CODE 60618 | Street Address of Joint Debtor (No. and Street, City, and State):<br>3931 N Mozart St<br>Chicago, IL                          ZIP CODE 60618 |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>Cook |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9         Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Chapter 15 Petition for<br>                          Recognition of a Foreign<br>                          Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check **one** box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br>☑ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | FILED<br>UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>NOV 25 2013<br>KENNETH S. GARDNER, CLERK<br>PS REP. - MBM |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Larson, Wayne E & Larson, Kelli A |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Larson, Wayne E & Larson, Kelli A |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  */s/ Wayne E Larson*<br>Signature of Debtor<br><br>X  */s/ Kelli Larson*<br>Signature of Joint Debtor<br>773-316-0284<br>Telephone Number (if not represented by attorney)<br>11/25/2013<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>_____<br>Printed Name of Attorney for Debtor(s)<br><br>_____<br>Firm Name<br><br>_____<br>Address<br><br>_____<br>Telephone Number<br><br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Wayne E Larson                              Case No._____
         Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.           Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *Wayne E. Lamar*
Date: 11/25/13

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Kelli A Larson                              Case No. _____
            Debtor                                              (if known)


## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                              Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *Kelli Sauer*
Date: 11/25/13

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | |
| Debtors | ) | |
| Wayne E Larson | ) | Case No. |
| Kelli A Larson | ) | |
| | ) | Chapter 7 |

List of Creditors

| | |
|---|---|
| A.A. Action Collection Co., Inc.<br>29 Columbia TPKE-Ste 303<br>Florham Park, NJ   07932-2240 | ACB American Inc.<br>PO Box  2548<br>Cincinnati, OH  45201-2548 |
| Admin Recovery, LLC<br>45 Earhart Dr.-Suite 102<br>Williamsvile, NY  14221-7809 | Advocate Health Care<br>PO Box   73208<br>Chicago, IL   60673-7208 |
| Alliance One Rec. Mgmt, Inc.<br>4850 Street Rd, Suite 300<br>Trevose, PA   19053 | Allied Interstate<br>PO Box   5023<br>New York, NY   10163 |
| Allied Interstate<br>3000 Corporate Exchange Dr-5th Floor<br>Columbus, OH   43231 | Allied Interstate<br>P.O. Box  361774<br>Columbus, OH   43236 |
| American Express<br>PO Box 981535<br>El Paso, TX   79998 | American Express<br>PO Box 297871<br>Fort Lauderdale, FL   33329 |
| ARS National Services, Inc.<br>P.O. Box   463023<br>Escondido, CA   92046-3023 | Asset Recovery Solutions, LLC<br>2200 E Devon Ave-Ste 200<br>Des Plaines, IL   60018-4501 |

Debtor/Joint Debtor Name:  Wayne E Larson & Kelli A Larson

| | |
|---|---|
| Associated Recovery Systems<br>P.O. Box 469046<br>Escondido, CA  92046-9046 | Aurora Behavioral Health Care<br>P.O. Box 510410<br>St. Louis, MO  63151 |
| Aurora Behavioral Health Care<br>P.O. Box 77430<br>Corona, CA  92877-0114 | Bank of America<br>P.O. Box 851001<br>Dallas, TX  75285-1001 |
| Bank of America<br>P.O. Box 982235<br>El Paso, TX  79998-2235 | Barclays Bank of Delaware<br>700 Prides Xing<br>Newark, DE  19713 |
| Barclays Bank of Delaware<br>PO Box 8802<br>Wilmington, DE  19899-8802 | Barclays Bank of Delaware<br>125 S West St<br>Wilmington, DE  19801 |
| James C Bender & Associates<br>29 Columbia TPKE-STE  302<br>Florham Park, NJ  07932-2240 | Blatt, Hasenmiller, Leibsker & Moore LLC<br>125 South Wacker Dr-Suite 400<br>Chicago, IL  60606-4440 |
| Capital Management Services, LP<br>698 ½ South Odgen Street<br>Buffalo, NY  14206-2317 | Capital Management Services, LP<br>726 Exchange Street-Suite 700<br>Buffalo, NY  14210 |
| Capital One<br>PO Box  85167<br>Richmond, VA  23285-5167 | Capital One<br>PO Box  30285<br>Salt Lake City, UT  84130-0285 |
| Cavalry Portfolio Services<br>P.O. Box 27288<br>Tempe, AZ  85285 | Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Valhalla, NY  10595 |
| Central Credit Services, Inc.<br>P.O. Box  15118<br>Jacksonville, FL  32239-5118 | CHASE<br>PO Box  15298<br>Wilmington, DE  19850-5298 |
| CHASE<br>201 N Walnut St / DE1-1027<br>Wilmington, DE  19801 | Children's BMOC<br>PO Box 916400<br>Rantoul, IL  61866-8400 |

Debtor/Joint Debtor Name: <u>Wayne E Larson & Kelli A Larson</u>

| | |
|---|---|
| CITI<br>PO Box 6241<br>Sioux Falls, SD 57117 | CITICARDS<br>701 E 60TH ST N<br>SIOUX FALLS, SD 57104 |
| CITI<br>PO Box 6500<br>Sioux Falls, SD 57117 | Citi Cards<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 |
| Client Services, Inc.<br>P.O. Box 1503<br>St. Peters, MO 63376-0027 | Client Services, Inc.<br>3451 Harry Truman Blvd.<br>St. Charles, MO 63301-4047 |
| Corporate Receivables, Inc.<br>P.O. Box 32995<br>Phoenix, AZ 85064-2995 | Consultant Radiologists of Evanston<br>PO Box 112<br>Evanston, IL 60204-0112 |
| Discover Financial Services<br>PO BOX 15316<br>WILMINGTON, DE 19850-5316 | Dynia & Associates, LLC<br>4849 N Milwaukee Ave-Suite 801<br>Chicago, IL 60630 |
| Echelon Recovery, Inc.<br>P.O. Box 1880<br>Voorhees, NJ 08043 | Enhanced Recovery Company, LLC<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 |
| Financial Recovery Services, Inc.<br>P.O. Box 385908<br>Minneapolis, MN 54438-5908 | First Bank & Trust<br>820 Church St.<br>Evanston, IL 60201 |
| First National Bank of Omaha<br>PO Box 331<br>Omaha, NE 68103-0331 | First National Bank of Omaha<br>PO Box 2557<br>Omaha, NE 68103-2557 |
| First National Collection Bureau, Inc.<br>610 Waltham Way<br>Sparks, NV 89434 | Firstsource Advantage, LLC<br>205 Bryant Woods South<br>Amherst, NY 14228 |
| Firstsource Financial Solutions, LLC<br>7650 Magna Drive<br>Belleville, IL 62223 | Forster & Garbus LLP<br>60 Motor Parkway<br>Commack, NY 11725-5710 |

Debtor/Joint Debtor Name:  Wayne E Larson & Kelli A Larson

| | |
|---|---|
| Freedman Anselmo Lindberg LLC<br>1771 Diehl Road, Suite 150<br>Naperville, IL  60566 | Freedman Anselmo Lindberg LLC<br>1807 Diehl Road, Suite 333<br>Naperville, IL  60566-7228 |
| GC Services Limited Partnership<br>6330 Gulfton<br>Houston, TX  77081 | Malcolm S. Gerald and Associates, Inc.<br>322 South Michigan Ave, Suite 600<br>Chicago, IL  60604 |
| Global Credit & Collection Corp.<br>300 International Drive-PMB #10015<br>Williamsville, NY  14221 | Theodore B. Handrup MD & Associates<br>2800 North Sheridan Drive #502<br>Chicago, IL  60657 |
| HSBC<br>PO Box  5253<br>Carol Stream, IL  60197 | HSBC<br>PO Box  30253<br>Salt Lake City, UT  84130 |
| HSBC<br>PO Box  5250<br>Carol Stream, IL  60197-5250 | HSBC / Carson's<br>PO Box  15521<br>Wilmington, DE  19805-5521 |
| HSBC Card Services<br>PO Box  80084<br>Salinas, CA  93912-0084 | HSBC Card Services<br>PO Box  81622<br>Salinas, CA  93912-1622 |
| ICS Collection Service<br>PO Box  1010<br>Tinley Park, IL  60477-9110 | I.C. System Inc.<br>P.O. Box  64437<br>St. Paul, MN  55164-0437 |
| Jacob Collection Group, LLC<br>2623 West Oxford Loop<br>Oxford, MS  38655-5442 | J.C. Christensen and Associates, Inc.<br>PO Box  519<br>Sauk Rapids, MN  56379-0519 |
| Keynote Consulting<br>220 W Campus Dr-Ste 102<br>Arlington Heights, IL  60004 | KOHL'S<br>N 54 W13600 Woodale Drive<br>Menomonee Falls, WI  53051 |
| KOHL'S<br>PO BOX 3084<br>MILWAUKEE, WI 53201 | Leading Edge Recovery Solutions, LLC<br>5440 N Cumberland Ave-STE 300<br>Chicago, IL  60656-1490 |

Debtor/Joint Debtor Name: Wayne E Larson & Kelli A Larson

| | |
|---|---|
| LTD Financial Services, L.P.<br>7322 Southwest Freeway-Suite 1600<br>Houston, TX 77074-2053 | LVNV Funding<br>P.O. Box 10497<br>Greenville, SC 29603 |
| LVNV Funding LLC<br>625 Pilot Rd-Suite 2/3<br>Las Vegas, NV 89119 | Macy's<br>PO Box 8218<br>Mason, OH 45040 |
| Medical Express Ambulance Service<br>5650 West Howard St.<br>Skokie, IL 60077-2623 | Medical Recovery Specialists, LLC<br>2250 E Devon-Ste 352<br>Des Plaines, IL 60018-4521 |
| Merchants & Medical Credit Corporation<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Midland Funding<br>8875 Aero Dr.-Suite 200<br>San Diego, CA 92123 |
| Monarch Recovery Management, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | National Enterprise Systems<br>29125 Solon Road<br>Solon, OH 44139-3442 |
| Nationwide Credit, Inc.<br>2002 Summit Boulevard-Suite 600<br>Atlanta, GA 30319 | NCB Management Services, Inc.<br>P.O. Box 1099<br>Langhorne, PA 19047 |
| NCO Financial Systems Inc.<br>507 Prudential Road<br>Horsham, PA 19044 | Nelson, Watson & Associates, LLC<br>80 Merrimack Street, Lower Level<br>Haverhill, MA 01830 |
| Northland Group Inc.<br>PO Box 390846<br>Minneapolis, MN 55439 | Northstar Location Services, LLC<br>4285 Genesee Street<br>Cheektowaga, NY 14225-1943 |
| Northwest Collectors, Inc<br>3601 Algonquin Rd., Suite 232<br>Rolling Meadows, IL 60008-3106 | Penn Credit<br>916 S 14th St<br>PO Box 988<br>Harrisburg, PA 17108-0988 |
| Phillips & Cohen Associates, Ltd.<br>1002 Justison Strret<br>Wilmington, DE 19801-5148 | Plaza Associates<br>JAF Station<br>PO Box 2770<br>New York, NY 10116-2770 |

Debtor/Joint Debtor Name:  Wayne E Larson & Kelli A Larson

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>P.O. Box 12903<br>Norfolk, VA 23541 | Portfolio Recovery Associates, LLC<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
| Progressive Financial Services, Inc.<br>PO Box 41309<br>Nashville, TN 37204 | Progressive Financial Services, Inc.<br>1919 W Fairmont-Suite 8<br>Tempe, AZ 85282 |
| Protocol Recovery Service, Inc.<br>509 Mercer Ave<br>Panama City, FL 32401-2631 | Sage Medical Group 1<br>1150 W Fullerton Ave-2nd FL<br>Chicago, IL 60614-8160 |
| Saint Joseph Hospital<br>Resurrection Health Care<br>2900 North Lake Shore Drive<br>Chicago, IL 60657-6274 | Sears Credit Cards<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 |
| Sears Credit Cards<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | Security Credit Servicing<br>2653 W Oxford Loop<br>Oxford, MS 38655 |
| State Farm Bank<br>3 State Farm Plaza N-3<br>Bloomington, IL 61791 | Target National Bank<br>PO Box 673<br>Minneapolis, MN 55440 |
| TCF Financial Corporation<br>200 Lake Street East<br>Wayzata, MN 55931-1693 | Thorek Memorial Hospital<br>850 W irving Park Rd.<br>Chicago, IL 60613 |
| Torres Credit Services<br>27 Fairview St-STE 301<br>Carlisle, PA 17015 | Unifund CCR Partnership<br>10625 Techwoods Circle<br>Cincinatti, OH 45242 |
| United Collection Bureau, Inc.<br>5620 Southwyck Blvd-Suite 206<br>Toledo, OH 43614 | Weltman, Weinberg & Reis Co., LPA<br>175 South 3rd. St., Suite 900<br>Columbus, OH 43215-5166 |
| Zenta Private Limited<br>50 S. 16th St<br>Philapelphia, PA 19102 | ACC International<br>ACC Bldg.<br>919 Estes Court<br>Schamburg, IL 60193-4427 |

Debtor/Joint Debtor Name: <u>Wayne E Larson & Kelli A Larson</u>

| | |
|---|---|
| A.A. Action Collection Co., Inc.<br>517 South Livingston Ave-2nd Floor<br>Livingston, NJ  07039 | Citibank, N.A.<br>100 Citibank Drive<br>San Antonio, Tx   78245-9013 |
| I.C. System Inc.<br>444 Highway96 East<br>PO Box 64378<br>St. Paul, MN   55164-0378 | State Farm Bank<br>PO Box 2327<br>Bloomington, IL   61702-2327 |
| HSBC Card Services<br>PO Box 80084<br>Salinas, CA   93912-0084 | Macy's<br>Bankruptcy Processing<br>P.O. Box  8053<br>Mason, OH   45040 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |